IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LAWRENCE GENE PAGE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:18-CV-2984-L-BH** |
| | § | |
| **BILL BACHUS,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

On April 9, 2021, The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 43) was entered, recommending that the court construe "Plaintiff's Pleading Motion to District Court to Residue" (Doc. 40), filed December 18, 2020, as a motion for relief under Federal Rule of Civil Procedure 60(b)(6) and deny the motion for essentially the reasons stated in prior findings and recommendations that were accepted by the undersigned and also because the matters urged by Plaintiff are insufficient to establish the extraordinary circumstances required for relief under Rule 60(b)(6). On April 22, 2021, Plaintiff filed objections to the Report (Doc. 45), asserting that the magistrate judge was unfair because the law he cited shows why he should prevail on his claims against Defendants despite their immunity from suit and notwithstanding the court's prior rulings.

Having considered the motion, record in this case, and Report, and having conducted a de novo review of that portion of the Report to which objection was made, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **overrules** Plaintiff's objections to the Report; **construes** his motion

as one for relief under Rule 60(b)(6); and **denies** the motion for the reasons stated by the magistrate judge.

    **It is so ordered** this 22nd day of July, 2021.

Sam A. Lindsay<br>
United States District Judge